# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00054-CV

**Catlin R. Edwards, Appellant**

**v.**

**Jessica C. Sayre, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-FM-04-002976, HONORABLE TEXANNA DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion requesting that this appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed:   March 20, 2013